Commonwealth *v.* Musser, Appellant.

Submitted September 9, 1974. *Gerald Christian Musser,* appellant, in propria persona; *Henry S. Kenderdine, Jr.,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Order affirmed.